IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Charlotte Ann Smith, | ) | C/A No.: 0:11-3251-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A., as Successor by Merger [to] LaSalle Bank N.A. as Trustee for Certificate Holder[s] of EMC Mortgage Corporation, Loan Trust 2005-A Mortgage Loan Pass-Through Certificates, Series 2005-A, EMC Mortgage Corporation, and Parent Companies, The Bear Stearns Companies, LLC and JP Morgan Chase & Companies, Guardian Fidelity Mortgage Inc., Guardian President and CEO Howard H. Wright, Jr., Guardian Assistant Manager Stacy Youngblood, Guardian Chairman of the Board John Good, Guardian Member Owners/Shareholder[s]/Stockholders, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's motion for extension of time to hire counsel dated February 15, 2012. [Entry #21].

The court grants Plaintiff's request for additional time to find counsel [Entry #21] and will allow Plaintiff 30 days within which to notify the court of the identity of an attorney(s) to represent her in this case or, alternatively, of her desire to proceed with this litigation without an attorney. To this end, Plaintiff shall, within 30 days from the date of this order, complete the attached notice and mail it to the clerk of court at the address

indicated. If Plaintiff fails to file the attached letter with the clerk within the time prescribed, the court will assume he or she intends to proceed in this litigation without the benefit of an attorney. If Plaintiff chooses to proceed pro se, she remains responsible for insuring that the Clerk of Court has a current accurate address. The court will consider Plaintiff pro se until and/or until she notifies the court that she has obtained an attorney to represent her in this matter.

Plaintiff is specifically advised that, if no new attorney is obtained to represent her interests, the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide her with legal advice. Plaintiff is directed to consult the Pro Se Guide available on the District Court's website at www.scd.uscourts.gov under the "pro se" tab. Failure to comply with court rules could have serious consequences including, but not limited to, striking a claim, defense, pleading, dismissing the action for lack of prosecution, and/or holding the party in default.

In light of the extension granted herein, Plaintiff's motions to stay [Entry #11, #17] are denied as moot.

IT IS SO ORDERED.

*Shiva V. Hodges*

February 29, 2012                                      Shiva V. Hodges
Columbia, South Carolina                         United States Magistrate Judge

Name   _____

Address_____

_____

Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina 29201

  *In Re:  0:11-3251-MBS-SVH Smith v. Bank of America, N.A., et al.*

Dear Mr. Propes:

  In response to the order of Judge Hodges dated February 29, 2012, I wish to advise as follows:

  _____  1. I have obtained a new attorney to represent me in this matter.  His [or her] name, address, and telephone number are as follows:

    _____

    _____

        OR

  _____  2. I have **NOT** obtained a new attorney and will represent myself in this matter.  The clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.

    _____  _____
    Signature          Date

    _____
    Printed Name