IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Charlotte Ann Smith, | ) | C/A No.: 0:11-3251-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A., as Successor by Merger [to] LaSalle Bank N.A. as Trustee for Certificate Holder[s] of EMC Mortgage Corporation, Loan Trust 2005-A Mortgage Loan Pass-Through Certificates, Series 2005-A, EMC Mortgage Corporation, and Parent Companies, The Bear Stearns Companies, LLC and JP Morgan Chase & Companies, Guardian Fidelity Mortgage Inc., Guardian President and CEO Howard H. Wright, Jr., Guardian Assistant Manager Stacy Youngblood, Guardian Chairman of the Board John Good, Guardian Member Owners/Shareholder[s]/Stockholders, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se, brought this action in South Carolina state court on November 16, 2011. [Entry #1-1]. Defendants removed the case to this court on November 30, 2011. [Entry #1]. Defendants (1) Bank of America, N.A., as Successor by Merger to LaSalle Bank National Association as Trustee for Certificate Holders of EMC Mortgage Loan Trust 2005-A Mortgage Loan Pass-Through Certificates, Series 2005-A, (2) EMC Mortgage Corporation, (3) The Bear Stearns Companies, LLC, and (4) JP Morgan Chase & Co. (collectively "Moving Defendants") filed a motion to dismiss, for

judgment on the pleadings and for summary judgment on May 17, 2012. [Entry #40]. As Plaintiff is proceeding pro se, the court entered an order on May 18, 2012, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of Moving Defendants' motion and of the need for her to file an adequate response. [Entry #41]. Plaintiff was specifically advised that if she failed to respond adequately, Moving Defendants' motion may be granted, thereby ending Plaintiff's claims against them in this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether she wishes to continue with this case and to file a response to Moving Defendants' motion by July 6, 2012. Plaintiff is further advised that if she fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

June 22, 2012                              Shiva V. Hodges
Columbia, South Carolina                   United States Magistrate Judge

2